**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CECIL WOOTEN** | Case No. 2:26-cr-20002 SHL/atc |

**<u>AFFIDAVIT OF CRIMINAL COMPLAINT</u>**

I, Jacob T. Price, being duly sworn, do hereby depose and state the following:

1. I am a special agent with the United States Secret Service (USSS) and have been so employed since June of 2024. I am currently assigned to the Memphis, TN Field Office. My duties include investigating threats against the President of the United States, Vice President of the United States, their families, and former presidents, as well as other protective intelligence related matters. I also conduct and support protective operations for USSS protectees. In addition, I conduct financial crimes investigations involving counterfeit U.S. currency and fraud-related cases.

2. I submit this affidavit based on information known to me personally from my investigation, as well as information obtained from other law enforcement officers who have investigated this matter, and other individuals who have personal knowledge of the facts herein. Moreover, the facts set forth herein do not constitute all of the facts known to me and to other law enforcement personnel involved in this investigation. Rather, this affidavit contains only those facts that I believe are necessary to support a finding of probable cause in support of the attached complaint.

3. This affidavit is being submitted to support the issuance of a criminal complaint against Cecil WOOTEN. I submit there is probable cause to believe that on January 7th, 2026,

WOOTEN did knowingly and willfully assault an officer or employee of the United States in violation of Title 18 USC 111, with the intent to threaten or otherwise intimidate said employees.

PROBABLE CAUSE

4.    On December 27th, 2025, WOOTEN posted the following on X via his username @JimBob1098886: "Wow, that building has zero security in it on the first floor I mean none," with a picture of the Trustmark building lobby.  The Trustmark office building is located at 5350 Poplar Avenue, in Memphis, TN 38119.  The 7th floor of this building is the location of the USSS's Memphis Field Office, situated in Suite 750.  Then on December 28th, 2025, WOOTEN posted on X a picture of a range target with bullet holes in it stating, "I don't miss."

5.    On January 7th, 2026, at approximately 11:18AM, WOOTEN called the main office line for the United States Secret Service office residing at the Trustmark office building (Trustmark building) located at 5350 Poplar Avenue, in Memphis, TN 38119. WOOTEN called from the following phone number: 901-801-3491. USSS personnel were able to use the caller ID on the main office phone to identify that the phone number belonged to Cecil WOOTEN. Additionally, the phone number has been used previously to contact WOOTEN. USSS administrative personnel answered the phone. During the phone call, WOOTEN stated the following: "I'll Kill….(unintelligible)" and then hung up. The phone call lasted 10 seconds.

6.    On that same day at approximately 12:45 PM, WOOTEN entered the main lobby of the Trustmark building. ASAIC Charles Pankenier (ASAIC Pankenier) of the Memphis Field Office, observed WOOTEN in the lobby of the Trustmark building. ASAIC Pankenier identified himself to Wooten, informed him that the Trustmark Building is private property and that this was his one warning not to return to the property, and attempted to discuss his concerning behavior with him.

7.      WOOTEN then became belligerent toward ASAIC Pankenier, cursing loudly and began taking aggressive steps towards ASAIC Pankenier.  WOOTEN accused both ASAIC Pankenier and the other Secret Service personnel of murdering his family and harassing him. Moreover, Wooten accused USSS personnel of killing his girlfriend after previously expressing on X that he wanted to kill everyone in the USSS office located at the Trustmark building. WOOTEN then proceeded to shove ASAIC Pankenier in the chest and forcing ASAIC Pankenier to drop his phone. WOOTEN then proceeded to stomp on and kick ASAIC Pankenier's phone in an attempt to damage the phone. WOOTEN continued to yell about the USSS before departing the building through the same door that he walked in through.

8.      ASAIC Pankenier retrieved his phone and notified SSA Ashley Moore (SSA Moore) of the Memphis Field Office of the incident.  SSA Moore, ASAIC Pankenier, and a local officer who is also a USSS Memphis Task Force Officer, responded to the lobby and located WOOTEN walking on the sidewalk in front of the building on Poplar Avenue. SSA MOORE approached WOOTEN from behind and in a calm and unassuming manner and called out to WOOTEN in order to attempt to explain why his comments and actions earlier were concerning. WOOTEN then proceeded to turn towards USSS personnel and continue his tirade against the USSS cursing and stating that the USSS killed his girlfriend. WOOTEN then approached SSA Moore aggressively and entered his personal space. Based on SSA Moore's 32 years of law enforcement experience, WOOTEN's mental state, body language, and the fact that he just assaulted ASAIC Pankenier, SSA Moore struck WOOTEN with a stiff arm on his upper chest so that he would not be assaulted by WOOTEN and to create distance. WOOTEN was forced back a few steps but continued cursing and almost immediately made another aggressive movement towards SSA MOORE. As a result of his continued aggression towards SSA Moore, SSA Moore

3

took WOOTEN to the ground and handcuffed him to prevent further harm to USSS personnel and WOOTEN himself. WOOTEN resisted attempts to place handcuffs on him, however USSS personnel were able to secure him without injury to any parties involved. Once WOOTEN returned to his feet, he continued to berate USSS personnel to include an attempted kick towards ASAIC Pankenier and an attempted headbutt towards SSA Moore. Memphis Police Department responded to the scene and transported WOOTEN to central booking at 201 Poplar Avenue, Memphis, TN.

9.      In a subsequent witness interview by USSS personnel on January 8, 2026, the witness stated they heard WOOTEN state, "I'll blow your fucking brains out" during the confrontation on January 7, 2026, in the lobby of the Trustmark building.

10.     The USSS Memphis Field Office is open to the public daily Monday through Friday with office hours from 8:00 AM until 4:30 PM, excluding holidays and weekends.  This incident did occur while the field office was open for normal business.  As part of normal operations, it is staffed by USSS special agents, task force officers, analysts, and administrative staff.  As part of its normal operations, the field office was occupied at the time of the incident by said employees of the United States.

11.     Based on the foregoing, I respectfully submit there is probable cause to believe that Cecil WOOTEN did knowingly and willfully assault an officer or employee of the United States, as designated under Title 18 USC 111, with the intent to threaten or otherwise intimidate said employees.

**FURTHER AFFIANT SAYETH NAUGHT.**

4

*Jacob Price*
_____
JACOB T. PRICE, SPECIAL AGENT
UNITED STAES SECRET SERVICE

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Subscribed and sworn to before me on January 9, 2026.

s/Tu M. Pham

Honorable Tu M. Pham
CHIEF UNITED STATES MAGISTRATE JUDGE

5